374 A.2d 1290

Mueller, Appellant, v. Public Parking Authority of Pittsburgh.

Argued April 13, 1977. Ronald D. Morelli, with him Meyer, Unkovic & Scott, for appellant; Jay D. Glasser, with him Hollinshead and Mendelson, for appellee.

OPINION PER CURIAM: The order of the court below dismissing appellant's petition to amend the complaint is interlocutory. *Stadler v. Mt. Oliver Borough*, 373 Pa. 316, 95 A.2d 776 (1953). We therefore order this appeal quashed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.